# CNS Drug Consulting LLC Invoice

**Deborah B. Leiderman, M.D.**

PO Box 396
McLean. VA 22101-0396

Bill To:

Venable
Kathleen Hardway, Esq.
750 E Pratt St Suite 900
Baltimore, MD

EIN 26-

Date 10/28/2016

2016-51

Due Date 11/27/2016

Terms Net 30

| Item | Description | Qty (hours) | Rate | Amount |
|---|---|---|---|---|
| Consulting ... | Consulting Services Depakote Litigation - October 13-28, 2016: Meeting Oct 13, 16 - Venable Offices with Ms. Hardway and Ms. Kimbrough, Venable Northern Virginia; Review documents & T-Con (Oct 20, 2016) | 22.5 | 650.00 | 14,625.00 |
| | | | Total | $14,625.00 |

Thank you for your prompt

Phone #
703-883-0504

dlcnsdc@gmail.com



**CNS Drug Consulting LLC Invoice**

**Deborah B. Leiderman, M.D.**

PO Box 396
McLean. VA 22101-0396

EIN 26-

Date 12/1/2016

2016-56

Bill To:

Venable
Kathleen Hardway, Esq.
750 E Pratt St Suite 900
Baltimore, MD

Due Date 12/31/2016

Terms Net 30

| Item | Description | Qty (hours) | Rate | Amount |
|---|---|---|---|---|
| Consulting ... | Consulting Services Depakote Litigation - Oct. 30- Nov. 30, 2016: Meeting Nov. 11, 16 - Venable Offices, Tysons.with Ms. Hardway. Review case documents; draft report; T-Con with counsel - Nov. 21, 2016 | 27.5 | 650.00 | 17,875.00 |
| | | Total | | $17,875.00 |

Thank you for your prompt

Phone #
703-883-0504

dlcnsdc@gmail.com

# CNS Drug Consulting LLC Invoice

**Deborah B. Leiderman, M.D.**

PO Box 396
McLean. VA 22101-0396

Bill To:

Venable - Abbvie
Kathleen Hardway, Esq.
750 E Pratt St Suite 900
Baltimore, MD

EIN 26-

Date 12/30/2016

2016-62

Due Date 1/29/2017

Terms Net 30

| Item | Description | Qty (hours) | Rate | Amount |
|---|---|---|---|---|
| Consulting ... | Consulting Services - Depakote Litigation - Dec. 1-30, 2016. Review case documents; draft report; T-Con with counsel - Dec. 13, 2016 | 13.25 | 650.00 | 8,612.50 |
| | | | **Total** | **$8,612.50** |

Thank you for your prompt

Phone #
703-883-0504

dlcnsdc@gmail.com

# CNS Drug Consulting LLC Invoice

**Deborah B. Leiderman, M.D.**

PO Box 396
McLean. VA 22101-0396

Bill To:

Venable - Abbvie
Kathleen Hardway, Esq.
750 E Pratt St Suite 900
Baltimore, MD

EIN 26-

Date 1/31/2017

2017-3

Due Date 3/2/2017

Terms Net 30

| Item | Description | Qty (hours) | Rate | Amount |
|---|---|---|---|---|
| Consulting ... | Consulting Services - Abbvie Depakote Litigation - Jan 1-31, 2017 Review case documents; Draft Expert Report; Meeting (Venable Office - Tysons) - January 6. 2017 and Conference Calls (Jan 16, 2017) with counsel - Ms.Hardway & Ms. Kimbrough | 55.5 | 650.00 | 36,075.00 |
| | | Total | | $36,075.00 |

Thank you for your prompt

Phone #
703-883-0504

dlcnsdc@gmail.com

# CNS Drug Consulting LLC Invoice

**Deborah B. Leiderman, M.D.**

PO Box 396
McLean, VA 22101-0396

Bill To:

Venable - Abbvie
Kathleen Hardway, Esq.
750 E Pratt St Suite 900
Baltimore, MD

EIN 26-

Date 2/22/2017

2017-8

Due Date 3/24/2017

Terms Net 30

| Item | Description | Qty (hours) | Rate | Amount |
|---|---|---|---|---|
| Consulting ... | Consulting Services - Abbvie Depakote Litigation - Feb 1-22, 2017 Review case documents; Draft Expert Report; Conference Calls with counsel - Ms. Hardway & Ms. Kimbrough | 17 | 650.00 | 11,050.00 |
| | | Total | | $11,050.00 |

Thank you for your prompt

Phone #
703-883-0504

dlcnsdc@gmail.com

# CNS Drug Consulting LLC Invoice

**Deborah B. Leiderman, M.D.**

PO Box 396
McLean. VA 22101-0396

Bill To:

Venable - Abbvie
Kathleen Hardway, Esq.
750 E Pratt St Suite 900
Baltimore, MD

EIN 26-23?

Date 5/29/2017

2017-20

Due Date 6/28/2017

**Terms** Net 30

| Item | Description | Qty (hours) | Rate | Amount |
|---|---|---|---|---|
| Consulting ... | Consulting Services - Abbvie Depakote Litigation - May 1-29, 2017 Review case documents; Conference Calls & Meetings with Venable counsel - Ms.Hardway | 43.5 | 650.00 | 28,275.00 |
| Mileage | Automobile mileage Meeting Venable Office 12 | | 6.50 | 6.50 |

Total $28,281.50

Thank you for your prompt

Phone #
703-883-0504

dlcnsdc@gmail.com